IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MR. SAKEMA GENTLES, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MR. RAYMOND M. LAWLER, et al., | : | 09-CV-2676 |
| Respondents. | : | |

## ORDER

**AND NOW**, this 29th day of October, 2010, upon consideration of the Petition for Writ of Habeas Corpus, Respondents' Answer thereto, Petitioner's "Response to the Respondents," the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated May 5, 2010, Petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. Petitioner's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice; and

4. There is no probable cause to issue a certificate of appealability.

**BY THE COURT:**

**/s/ MITCHELL S. GOLDBERG**
_____
**MITCHELL S. GOLDBERG, J.**